UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALETA GUTHREY, et al., | No. 2:18-cv-1087-MCE-EFB |
| Plaintiffs, | |
| v. | ORDER |
| ALTA CALIFORNIA REGIONAL CENTER, et al., | |
| Defendants. | |

On October 17, 2019, the court granted plaintiffs' requests to proceed *in forma pauperis*, directed the Clerk to provide plaintiffs with the forms required to effect service on defendants, and directed the U.S. Marshal to serve process. ECF No. 5. Plaintiffs were also advised that they would need to provide the U.S. Marshal with: (1) one completed summons; (2) one completed USM-285 form for each defendant; (3) a copy of the complaint for each defendant; and (4) a copy of this order. *Id.* The U.S. Marshal recently advised the court that plaintiffs have not yet submitted the documents necessary to complete service of process.

Accordingly, it is hereby ORDERED that:

1. Plaintiffs shall supply the United States Marshal, within 14 days from the date this order is filed, all information required by the Marshal to effect service of process.

/////

1

2. Within 14 days thereafter, plaintiffs shall file a statement with the court that said documents have been submitted to the United States Marshal.

3. Plaintiffs are admonished that failure to comply with this order may result in dismissal of this action for failure to comply with court orders and/or for lack of prosecution under Rule 41(b).

DATED: November 21, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE