UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALETA GUTHREY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALTA CALIFORNIA REGIONAL CENTER, et al.,<br><br>　　　　Defendants. | No.  2:18-cv-01087-MCE-JDP<br><br>**ORDER** |

In light of Plaintiffs' retention of counsel, ECF No. 88, Plaintiffs' Motion for Leave to File Sur-Reply, ECF No. 89, is GRANTED.  Not later than twenty-one (21) days from the issuance of this Order, Plaintiffs are directed to file <u>one</u> sur-reply to the pending Motions to Dismiss.  Each Defendant may, but is not required to, file a response not later than fourteen (14) days after the filing of Plaintiffs' sur-reply.  The sur-reply and responses thereto are not to exceed ten (10) pages.

　　　IT IS SO ORDERED.

DATED: October 21, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1